DEFENDANT:              JOHN LARSON

YOB:                    1960

ADDRESS:                Erie, Colorado

COMPLAINT FILED?        _____ YES        __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ YES   __X__ NO

OFFENSE:                Count 1: 21 U.S.C. §§ 331(d), 333, 355; Importation of Unapproved Drugs

LOCATION OF OFFENSE: Boulder County, CO

PENALTY:                NMT 3 years imprisonment; NMT $250,000 fine, or both; NMT three years supervised release; $100 special assessment.

AGENT:                  Darrell Franklin, Special Agent, ICE/HSI

AUTHORIZED BY:          Beth Gibson, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   five days or less

THE GOVERNMENT:         **will not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE:             _____ Yes         __X__ No