**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date:  January 13, 2014 |
| Court Reporter: Janet Coppock | Time:  32 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO.  13-CR-00374-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Beth Gibson |
| Plaintiff, | |
| vs. | |
| **JOHN LARSON,** | Christopher Decker |
| Defendant. | |

**SENTENCING**

**10:01 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Decker in support of the defendant's Motion for a Variant Sentence and comments addressing sentencing.

Page Two
13-CR-00374-PAB
January 13, 2014

Argument by Ms. Gibson and comments addressing sentencing.

Further argument and comments by Mr. Decker.

Defendant addresses the Court

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for a Variant Sentence [Docket No. 17] is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **October 8, 2013** to the **Information.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be placed on probation for a period of **2** years.

**ORDERED: Conditions** of Probation are that:
- (**X**)  Defendant shall not commit another federal, state or local crime.
- (**X**)  Defendant shall not illegally possess controlled substances.
- (**X**)  Defendant shall not possess a firearm or destructive device.
- (**X**)  Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)  Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**)  Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED: Special Condition** of Probation are that:
- (**X**)  Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**)  As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

Page Three
13-CR-00374-PAB
January 13, 2014

      (**X**)    Any employment for the defendant shall be approved in advance by the supervising probation officer.  The defendant shall permit contact between the probation officer and her/his employer(s), including but not limited to, full time, part time, temporary and contract employment.

**ORDERED:**    Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**    Defendant shall pay a **fine** of **$20,000.00.**

**ORDERED:**    The **special assessment and fine** obligations are due immediately.  Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of probation.  The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:**    Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**    A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**    Bond is exonerated.

**10:33 a.m.    COURT IN RECESS**

**Total in court time:   32 minutes**

**Hearing concluded**